CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 27 2006

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| TERESA L. DUNFORD, | Civil Action No. 4:02CV00228 |
| Plaintiff, | |
| v. | **FINAL JUDGMENT AND ORDER** |
| JO ANNE B. BARNHART, Commissioner of Social Security, | By: Honorable Glen E. Conrad United States District Judge |
| Defendant. | |

For reasons stated in a Memorandum Opinion filed this day, summary judgment is hereby entered for the defendant and it is so

ORDERED.

The Clerk is directed to send certified copies of this Judgment and Order to all counsel of record.

ENTER: This 27th day of July, 2006.

_____
United States District Judge